# **EXHIBIT A**

**Notice of Allowance of Plaintiff's Trademark Application**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, July 5, 2022 00:18 AM |
| **To:** | gwenn@onsidecounsel.com |
| **Subject:** | Official USPTO Notice of Allowance: U.S. Trademark SN 90545046: RENAGADE |

NOTICE OF ALLOWANCE (NOA)

ISSUE DATE: Jul 5, 2022

**U.S. Serial Number:** 90545046
**Mark:** RENAGADE
**Docket/Reference Number:**

No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). **WARNING:** An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.

**SIX (6)-MONTH DEADLINE:** Applicant has six (6) MONTHS from the NOA issue date to file either:
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa. Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 90545046 |
| **Mark:** | RENAGADE |
| **Docket/Reference Number:** | |
| **Owner:** | Renagade Therapeutics LLC<br>5th floor<br>450 Kendall Street<br>Cambridge , MASSACHUSETTS   02142 |
| **Correspondence Address:** | Gwenn Roos<br>ONSIDECOUNSEL/LAW OFFICE OF GWENN ROOS<br>26 BROOKDALE AVENUE<br>WELLESLEY, MA 02482 |

**This application has the following bases, but not necessarily for all listed goods/services:**
Section 1(a): NO     Section 1(b): YES     Section 44(e): NO

GOODS/SERVICES BY INTERNATIONAL CLASS

001 -   Biochemical catalysts; Biochemical preparations for scientific purposes; Biochemical reagents commonly known as probes, for detecting and analyzing molecules in protein or nucleotide arrays; Diagnostic preparations for clinical or medical laboratory use; Diagnostic preparations for scientific or research use; Diagnostic preparations used in science; Nucleic acid for laboratory use; Protein in raw material form for scientific and medical research; Reagents for research purposes; Reagents for scientific and research use; Active chemical ingredients for use in the manufacture of pharmaceuticals for treating rare diseases, cancers, neurological disorders, cardiovascular disorders, inflammatory disorders, immunoregulatory disorders, metabolic disorders, infectious disorders and reproductive disorders; Antioxidants for use in the manufacture of pharmaceuticals; Biochemicals for in vitro and in vivo scientific use; Biochemicals, namely, polypeptides for in vitro research use; Biochemicals, namely, polynucleotides for in vitro and in vivo scientific and research purposes; Biomedical compounds, namely, peptide substrates used in analyzing and detecting certain toxins for laboratory or research use; Biometallic compounds for use in the manufacture of pharmaceutical preparations; Catalysts for chemical and biochemical processes; Cells for scientific, laboratory or medical research; Chemical additives for use in the manufacture of pharmaceuticals; Chemicals for use in the biochemical and chemical industry; Chemicals for use in the purification of proteins for in vitro use; Diagnostic reagents for clinical or medical laboratory use; Diagnostic reagents for in vitro use in biochemistry, clinical chemistry and microbiology; Diagnostic reagents for scientific or research use; Enzymes for use in protein hydrolysis; Immunohistochemistry detection kits consisting of mouse secondary reagents, DAB chromogens, DAB buffers, peroxidase blocking reagent, and hematoxylin, for anatomic pathology purposes in the medical diagnostics industry; Laboratory chemicals, namely, an antibody reagent used for the detection of antigens in cell and tissue analysis for in vitro diagnostic use; Nucleic acid isolation

and purification kit consisting primarily of reagents and magnetic beads for scientific research purposes; Plant extracts for use in the manufacture of pharmaceuticals; Protein arrays and nucleotide arrays for scientific and medical research; Reagents for scientific or medical research use -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

**ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.**

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq. For an instructional video on what is an appropriate trademark or service mark specimen for a good and/or service, click here.

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=90545046&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=90545046&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.