# EXHIBIT B

**Statement of Use for Plaintiff's Trademark Application**

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 90545046 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 108 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | [mark](mark) |
| **LITERAL ELEMENT** | RENAGADE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | Renagade Therapeutics LLC |
| **INTERNAL ADDRESS** | 5th floor |
| **MAILING ADDRESS** | 450 Kendall Street |
| **CITY** | Cambridge |
| **STATE** | Massachusetts |
| **ZIP/POSTAL CODE** | 02142 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 781-888-0424 |
| **EMAIL** | XXXX |
| **OWNER SECTION (proposed)** | |
| **NAME** | Renagade Therapeutics LLC |
| **INTERNAL ADDRESS** | 5th floor |
| **MAILING ADDRESS** | 450 Kendall Street |
| **CITY** | Cambridge |
| **STATE** | Massachusetts |
| **ZIP/POSTAL CODE** | 02142 |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 781-888-0424 |

| EMAIL | XXXX |
|---|---|

## CORRESPONDENCE INFORMATION (current)

| NAME | Douglas R. Wolf |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | drwtrademarks@wolfgreenfield.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |

## CORRESPONDENCE INFORMATION (proposed)

| NAME | Douglas R. Wolf |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | drwtrademarks@wolfgreenfield.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | kkmtrademarks@wolfgreenfield.com |
| DOCKET/REFERENCE NUMBER | R08782000002 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 001 |
|---|---|
| CURRENT IDENTIFICATION | Biochemical catalysts; Biochemical preparations for scientific purposes; Biochemical reagents commonly known as probes, for detecting and analyzing molecules in protein or nucleotide arrays; Diagnostic preparations for clinical or medical laboratory use; Diagnostic preparations for scientific or research use; Diagnostic preparations used in science; Nucleic acid for laboratory use; Protein in raw material form for scientific and medical research; Reagents for research purposes; Reagents for scientific and research use; Active chemical ingredients for use in the manufacture of pharmaceuticals for treating rare diseases, cancers, neurological disorders, cardiovascular disorders, inflammatory disorders, immunoregulatory disorders, metabolic disorders, infectious disorders and reproductive disorders; Antioxidants for use in the manufacture of pharmaceuticals; Biochemicals for in vitro and in vivo scientific use; Biochemicals, namely, polypeptides for in vitro research use; Biochemicals, namely, polynucleotides for in vitro and in vivo scientific and research purposes; Biomedical compounds, namely, peptide substrates used in analyzing and detecting certain toxins for laboratory or research use; Biometallic compounds for use in the manufacture of pharmaceutical preparations; Catalysts for chemical and biochemical processes; Cells for scientific, laboratory or medical research; Chemical additives for use in the manufacture of pharmaceuticals; Chemicals for use in the biochemical and chemical industry; Chemicals for use in the purification of proteins for in vitro use; Diagnostic reagents for clinical or medical laboratory use; Diagnostic reagents for in vitro use in biochemistry, clinical chemistry and microbiology; Diagnostic reagents for scientific or research use; Enzymes for use in protein hydrolysis; Immunohistochemistry detection kits consisting of mouse secondary reagents, DAB chromogens, DAB buffers, peroxidase blocking reagent, and hematoxylin, for anatomic pathology purposes in the medical diagnostics industry; Laboratory chemicals, namely, an antibody reagent used for the detection of antigens in cell and tissue analysis for in vitro diagnostic use; Nucleic acid isolation and purification kit consisting primarily of reagents and magnetic beads for scientific research purposes; Plant extracts for use in the manufacture of pharmaceuticals; Protein arrays and nucleotide arrays for scientific and medical research; Reagents for scientific or medical research use |
|  | biochemical catalysts; biochemical reagents commonly known as probes, for detecting and analyzing molecules in protein or nucleotide arrays; diagnostic preparations for clinical or medical laboratory use; diagnostic |

| | |
|---|---|
| **GOODS OR SERVICES DELETED FROM THE APPLICATION** | preparations for scientific or research use; diagnostic preparations used in science; protein in raw material form for scientific and medical research; antioxidants for use in the manufacture of pharmaceuticals; biochemicals, namely, polypeptides for in vitro research use; biomedical compounds, namely, peptide substrates used in analyzing and detecting certain toxins for laboratory or research use; biometallic compounds for use in the manufacture of pharmaceutical preparations; catalysts for chemical and biochemical processes; cells for scientific, laboratory or medical research; chemicals for use in the purification of proteins for in vitro research use; diagnostic reagents for clinical or medical laboratory use; diagnostic reagents for in vitro use in biochemistry, clinical chemistry and microbiology; diagnostic reagents for scientific or research use; enzymes for use in protein hydrolysis; immunohistochemistry detection kits consisting of mouse secondary reagents, DAB chromogens, DAB buffers, peroxidase blocking reagent, and hematoxylin, for anatomic pathology purposes in the medical diagnostics industry; laboratory chemicals, namely, an antibody reagent used for the detection of antigens in cell and tissue analysis for in vitro diagnostic use; nucleic acid isolation and purification kit consisting primarily of reagents and magnetic beads for scientific research purposes; plant extracts for use in the manufacture of pharmaceuticals; protein arrays and nucleotide arrays for scientific and medical research |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Biochemical preparations for scientific purposes; Nucleic acid for laboratory use; Reagents for research purposes; Reagents for scientific and research use; Active chemical ingredients for use in the manufacture of pharmaceuticals for treating rare diseases, cancers, neurological disorders, cardiovascular disorders, inflammatory disorders, immunoregulatory disorders, metabolic disorders, infectious disorders and reproductive disorders; Biochemicals for in vitro and in vivo scientific use; Biochemicals, namely, polynucleotides for in vitro and in vivo scientific and research purposes; Chemical additives for use in the manufacture of pharmaceuticals; Chemicals for use in the biochemical and chemical industry; Reagents for scientific or medical research use |
| **FIRST USE ANYWHERE DATE** | 11/16/2022 |
| **FIRST USE IN COMMERCE DATE** | 11/16/2022 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-73126116222-20221116 172334462846_._R0878.2000 0US02.SPECIMEN.pdf |
| **CONVERTED PDF FILE(S)** (6 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\905\450\90545046\xml16 \SOU0002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\450\90545046\xml16 \SOU0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\450\90545046\xml16 \SOU0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\450\90545046\xml16 \SOU0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\450\90545046\xml16 \SOU0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\450\90545046\xml16 \SOU0007.JPG |
| **SPECIMEN DESCRIPTION** | Photo of product, reproductions of product label, and packing manifest |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |

| | |
|---|---|
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **ORIGINAL PDF FILE** | hw_73126116222-172334462_._R0878.20000US02.SOU-sig ned.pdf |
| **CONVERTED PDF FILE(S)**<br>**(2 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\905\450\90545046\xml16<br>\SOU0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\450\90545046\xml16<br>\SOU0009.JPG |
| **SIGNATORY'S NAME** | Gabriel J. McCool |
| **SIGNATORY'S POSITION** | Vice President Legal |
| **SIGNATURE METHOD** | Handwritten |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Wed Nov 16 17:44:05 ET 2022 |
| **TEAS STAMP** | USPTO/SOU-XX.XXX.XXX.XXX-<br>20221116174407607912-9054<br>5046-800e337d319b7dca6f0b<br>2993a8163e95b85cdc815a7ca<br>4490deb695de3fd5b4c4-CC-4<br>4060813-20221116172334462<br>846 |

PTO- 1553
Approved for use through 03/31/2024. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** RENAGADE(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/90545046/large)
**SERIAL NUMBER:** 90545046

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
**Current:** Renagade Therapeutics LLC, having an address of
    5th floor
    450 Kendall Street
    Cambridge, Massachusetts 02142
    United States
    Phone: 781-888-0424
    Email: XXXX
**Proposed:** Renagade Therapeutics LLC, having an address of
    5th floor
    450 Kendall Street
    Cambridge, Massachusetts 02142
    United States
    Phone: 781-888-0424
    Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 001:
Current identification: Biochemical catalysts; Biochemical preparations for scientific purposes; Biochemical reagents commonly known as probes, for detecting and analyzing molecules in protein or nucleotide arrays; Diagnostic preparations for clinical or medical laboratory use; Diagnostic preparations for scientific or research use; Diagnostic preparations used in science; Nucleic acid for laboratory use; Protein in raw material form for scientific and medical research; Reagents for research purposes; Reagents for scientific and research use; Active chemical ingredients for use in the manufacture of pharmaceuticals for treating rare diseases, cancers, neurological disorders, cardiovascular disorders, inflammatory disorders, immunoregulatory disorders, metabolic disorders, infectious disorders and reproductive disorders; Antioxidants for use in the manufacture of pharmaceuticals; Biochemicals for in vitro and in vivo scientific use; Biochemicals, namely, polypeptides for in vitro research use; Biochemicals, namely, polynucleotides for in vitro and in vivo scientific and research purposes; Biomedical compounds, namely, peptide substrates used in analyzing and detecting certain toxins for laboratory or research use; Biometallic compounds for use in the manufacture of pharmaceutical preparations; Catalysts for chemical and biochemical processes; Cells for scientific, laboratory or medical research; Chemical additives for use in the manufacture of pharmaceuticals; Chemicals for use in the biochemical and chemical industry; Chemicals for use in the purification of proteins for in vitro use; Diagnostic reagents for clinical or medical laboratory use; Diagnostic reagents for in vitro use in biochemistry, clinical chemistry and microbiology; Diagnostic reagents for scientific or research use; Enzymes for use in protein hydrolysis; Immunohistochemistry detection kits consisting of mouse secondary reagents, DAB chromogens, DAB buffers, peroxidase blocking reagent, and hematoxylin, for anatomic pathology purposes in the medical diagnostics industry; Laboratory chemicals, namely, an antibody reagent used for the detection of antigens in cell and tissue analysis for in vitro diagnostic use; Nucleic acid isolation and purification kit consisting primarily of reagents and magnetic beads for scientific research purposes; Plant extracts for use in the manufacture of pharmaceuticals; Protein arrays and nucleotide arrays for scientific and medical research; Reagents for scientific or medical research use

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** biochemical catalysts; biochemical reagents commonly known as probes, for detecting and analyzing molecules in protein or nucleotide arrays; diagnostic preparations for clinical or medical laboratory use; diagnostic preparations for scientific or research use; diagnostic preparations used in science; protein in raw material form for scientific and medical research; antioxidants for use in the manufacture of pharmaceuticals; biochemicals, namely, polypeptides for in vitro research use; biomedical compounds, namely, peptide substrates used in analyzing and detecting certain toxins for laboratory or research use; biometallic compounds for use in the manufacture of pharmaceutical preparations; catalysts for chemical and biochemical processes; cells for scientific,

laboratory or medical research; chemicals for use in the purification of proteins for in vitro use; diagnostic reagents for clinical or medical laboratory use; diagnostic reagents for in vitro use in biochemistry, clinical chemistry and microbiology; diagnostic reagents for scientific or research use; enzymes for use in protein hydrolysis; immunohistochemistry detection kits consisting of mouse secondary reagents, DAB chromogens, DAB buffers, peroxidase blocking reagent, and hematoxylin, for anatomic pathology purposes in the medical diagnostics industry; laboratory chemicals, namely, an antibody reagent used for the detection of antigens in cell and tissue analysis for in vitro diagnostic use; nucleic acid isolation and purification kit consisting primarily of reagents and magnetic beads for scientific research purposes; plant extracts for use in the manufacture of pharmaceuticals; protein arrays and nucleotide arrays for scientific and medical research

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Biochemical preparations for scientific purposes; Nucleic acid for laboratory use; Reagents for research purposes; Reagents for scientific and research use; Active chemical ingredients for use in the manufacture of pharmaceuticals for treating rare diseases, cancers, neurological disorders, cardiovascular disorders, inflammatory disorders, immunoregulatory disorders, metabolic disorders, infectious disorders and reproductive disorders; Biochemicals for in vitro and in vivo scientific use; Biochemicals, namely, polynucleotides for in vitro and in vivo scientific and research purposes; Chemical additives for use in the manufacture of pharmaceuticals; Chemicals for use in the biochemical and chemical industry; Reagents for scientific or medical research use
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 11/16/2022, and first used in commerce at least as early as 11/16/2022, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photo of product, reproductions of product label, and packing manifest.

**Original PDF file:**
SPN0-73126116222-20221116 172334462846_._R0878.2000 0US02.SPECIMEN.pdf
**Converted PDF file(s)** (6 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

Webpage URL: None Provided
Webpage Date of Access: None Provided

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current):**
   Douglas R. Wolf
   PRIMARY EMAIL FOR CORRESPONDENCE: drwtrademarks@wolfgreenfield.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed):**
   Douglas R. Wolf
   PRIMARY EMAIL FOR CORRESPONDENCE: drwtrademarks@wolfgreenfield.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): kkmtrademarks@wolfgreenfield.com

The docket/reference number is R08782000002.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

**Declaration**

**Original PDF file:**
hw_73126116222-172334462_._R0878.20000US02.SOU-sig ned.pdf
**Converted PDF file(s)** (2 pages)

Signature File1
Signature File2

Signatory's Name: Gabriel J. McCool
Signatory's Position: Vice President Legal
Signature method: Handwritten

PAYMENT: 90545046
PAYMENT DATE: 11/16/2022

Serial Number: 90545046
Internet Transmission Date: Wed Nov 16 17:44:05 ET 2022
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XXX-202211161744076
07912-90545046-800e337d319b7dca6f0b2993a
8163e95b85cdc815a7ca4490deb695de3fd5b4c4
-CC-44060813-20221116172334462846







# LNP Vx1-0
Lot No. 20220520-01-0
0.25 mL    0.40 mg/mL



# LNP Vx1-1
Lot No. 20220520-01-1
0.25 mL    0.40 mg/mL







October 31, 2022

## Packing Manifest

**To:** ██████████████
███████████████████
Cambridge, MA 02139
████████████████████████████████████

**From:** ReNAgade Therapeutics Management Inc.
1 Broadway, 11th Floor
Cambridge, MA 02142
**Intended Use:** Research and development use only

**Shipping from:**
██████████████
████████████████████
████████████████

| Sample ID | Lot No. | No. Vials x Volume | Comments |
|-----------|---------|---------------------|----------|
| LNP Vx1-0 | 20220520-01-0 | 1 x 0.25 mL | 0.25 mL @ 0.40 mg/mL |
| LNP Vx1-1 | 20220520-01-1 | 1 x 0.25 mL | Frozen LNP – maintain at -80°C until use; do not re-freeze. |

*Samples contain LNP with encapsulated RNA.  Samples are of synthetic origin and do not contain any material from an animal source.  Samples are non-toxic, non-flammable, non-explosive, non-infectious and are for research use only.
**Store at -80°C.**

DOCKET NO.:  R0878.20000US02

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Renagade Therapeutics LLC |
| Serial No. | : | 90/545046 |
| Date Filed | : | February 24, 2021 |
| Mark | : | RENAGADE |
| Class No. | : | 1 |
| Notice of Allowance Mailing Date | : | July 5, 2022 |

**ALLEGATION OF USE UNDER 15 U.S.C. § 1051(d)**

Applicant requests registration of the above-identified trademark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended).

A Request to Divide under 37 CFR 2.87 is not being submitted with this statement.

The Applicant is now using the mark in commerce on or in connection with all of the goods listed in the Notice of Allowance, except "biochemical catalysts; biochemical reagents commonly known as probes, for detecting and analyzing molecules in protein or nucleotide arrays; diagnostic preparations for clinical or medical laboratory use; diagnostic preparations for scientific or research use; diagnostic preparations used in science; protein in raw material form for scientific and medical research; antioxidants for use in the manufacture of pharmaceuticals; biochemicals, namely, polypeptides for in vitro research use; biomedical compounds, namely, peptide substrates used in analyzing and detecting certain toxins for laboratory or research use; biometallic compounds for use in the manufacture of pharmaceutical preparations; catalysts for chemical and biochemical processes; cells for scientific, laboratory or medical research; chemicals for use in the purification of proteins for in vitro use; diagnostic reagents for clinical or medical laboratory use; diagnostic reagents for in vitro use in biochemistry, clinical chemistry and microbiology; diagnostic reagents for scientific or research use; enzymes for use in protein hydrolysis; immunohistochemistry detection kits consisting of mouse secondary reagents, DAB chromogens, DAB buffers, peroxidase blocking reagent, and hematoxylin, for anatomic pathology purposes in the medical diagnostics industry; laboratory chemicals, namely, an antibody reagent used for the detection of antigens in cell and tissue analysis for in vitro diagnostic use; nucleic acid isolation and purification kit consisting primarily of reagents and

10880228.1

magnetic beads for scientific research purposes; plant extracts for use in the manufacture of pharmaceuticals; protein arrays and nucleotide arrays for scientific and medical research."

The date of first use of the mark anywhere is at least as early as November 16, 2022.

The date of first use of the mark in commerce is at least as early as November 16, 2022.

Applicant is the owner of the mark sought to be registered, and the applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with the goods listed in either the application or Notice of Allowance, or as subsequently modified, as evidenced by the attached specimen(s) showing the mark as currently used in commerce.

The undersigned, being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application, or submission, or any resulting registration, declares that the undersigned is properly authorized to execute this document on behalf of the Applicant; and all statements in this document made of the undersigned's own knowledge are true and that all statements made on information and belief are believed to be true.

Renagade Therapeutics LLC

November 16, 2022                 By:   /Gabriel J. McCool/
Date                             Name: Gabriel J. McCool
                                 Title:  Vice President, Legal

# FEE RECORD SHEET

**Serial Number:**   90545046

**RAM Sale Number:  90545046**

**Total Fees:**    $100

**RAM Accounting Date:  20221116**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20221116 | $100 | 1 | $100 |

**Transaction Date:**    20221116

