# <u>EXHIBIT C</u>

**Notice of Acceptance of Statement of Use for Plaintiff's Trademark Application**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, December 24, 2022 00:16 AM |
| **To:** | drwtrademarks@wolfgreenfield.com |
| **Cc:** | kkmtrademarks@wolfgreenfield.com |
| **Subject:** | Official USPTO Notice of Acceptance of SOU: U.S. Trademark SN 90545046: RENAGADE: Docket/Reference No. R08782000002 |

NOTICE OF ACCEPTANCE OF STATEMENT OF USE

**U.S. Serial Number:**  90545046
**Mark:**  RENAGADE
**Owner:**  Renagade Therapeutics LLC
**Docket/Reference Number:**  R08782000002

The USPTO has accepted the Statement of Use filed for the trademark application identified above.  The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=90545046&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=90545046&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.