# **EXHIBIT D**

**Defendant's Trademark Application**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Trademark/Service Mark Application, Principal Register

Serial Number: 97688772
Filing Date: 11/22/2022

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 97688772 |
| MARK INFORMATION | |
| *MARK | RENEGADE Therapeutics Corp. |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | RENEGADE Therapeutics Corp. |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | RENEGADE Therapeutics Corp. |
| *MAILING ADDRESS | 7 Hillview Drive |
| *CITY | Scarsdale |
| *STATE (Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 10583 |
| PHONE | 917-364-4383 |
| FAX | 845-638-2856 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | https://www.rgtherapeutics.com/ |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | New York |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | Pharmaceutical preparations for use in the treatment of autoimmune diseases, multiple sclerosis, Crohn's disease, ulcerative colitis, inflammatory disorders, neurological disorders, neurodegenerative disorders, and Epstein-Barr virus associated lymphoproliferative disorders. |

| | |
|---|---|
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 11/01/2021 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 10/12/2022 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\976\887\97688772\xml1 \ APP0003.JPG |
| **SPECIMEN DESCRIPTION** | Poster communicating data at an annual congress under the name RENEGADE Therapeutics Corp. |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | RENEGADE Therapeutics Corp. |
| **DOCKET/REFERENCE NUMBER** | 001 |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ryd03@rgtherapeutics.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | mjm01@rgtherapeutics.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 350 |
| *****TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /ryd/ |
| **SIGNATORY'S NAME** | Ricky DeMello |
| **SIGNATORY'S POSITION** | Therapeutic Area Counsel |
| **SIGNATORY'S PHONE NUMBER** | 952-261-8267 |
| **DATE SIGNED** | 11/22/2022 |
| **SIGNATURE METHOD** | Signed directly within the form |
| **SIGNATURE** | /mjm/ |
| **SIGNATORY'S NAME** | Matt Mandel |
| **SIGNATORY'S POSITION** | Chief Executive Officer |
| **SIGNATORY'S PHONE NUMBER** | 917-364-4383 |
| **DATE SIGNED** | 11/22/2022 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97688772**
**Filing Date: 11/22/2022**

### To the Commissioner for Trademarks:

**MARK:** RENEGADE Therapeutics Corp. (Standard Characters, see mark)
The literal element of the mark consists of RENEGADE Therapeutics Corp.. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, RENEGADE Therapeutics Corp., a corporation of New York, having an address of
   7 Hillview Drive
   Scarsdale, New York 10583
   United States
   917-364-4383(phone)
   845-638-2856(fax)
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 005: Pharmaceutical preparations for use in the treatment of autoimmune diseases, multiple sclerosis, Crohn's disease, ulcerative colitis, inflammatory disorders, neurological disorders, neurodegenerative disorders, and Epstein-Barr virus associated lymphoproliferative disorders.

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 11/01/2021, and first used in commerce at least as early as 10/12/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Poster communicating data at an annual congress under the name RENEGADE Therapeutics Corp..
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided


For informational purposes only, applicant's website address is: https://www.rgtherapeutics.com/
The applicant's current Correspondence Information:
   RENEGADE Therapeutics Corp.
    PRIMARY EMAIL FOR CORRESPONDENCE: ryd03@rgtherapeutics.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): mjm01@rgtherapeutics.com
The docket/reference number is 001.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

- ☐ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in

- connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- ☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.
- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /ryd/   Date: 11/22/2022
Signatory's Name: Ricky DeMello
Signatory's Position: Therapeutic Area Counsel
Signatory's Phone Number: 952-261-8267
Signature method: Signed directly within the form
Signature: /mjm/   Date: 11/22/2022
Signatory's Name: Matt Mandel
Signatory's Position: Chief Executive Officer
Signatory's Phone Number: 917-364-4383
Signature method: Signed directly within the form
Payment Sale Number: 97688772
Payment Accounting Date: 11/22/2022

Serial Number: 97688772
Internet Transmission Date: Tue Nov 22 17:30:41 ET 2022
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.XX-2022112217304308
2874-97688772-8205645927fca978957207bd18
a8a9ae643cdb0af7795807ee3b9ddf9eef206724
-CC-30413837-20221122165617763595

# RENEGADE Therapeutics Corp.

 

# Probiotic-Induced Clinical Remission in a Patient with Crohn's Disease: A Case Report

Lily Barash, MD[1], Inna Novak, MD[1] and Matt Mandel, MD[2]
[1] Department of Pediatrics, Albert Einstein College of Medicine, Children's Hospital at Montefiore, Bronx, New York
[2] Renegade Therapeutics Corp., Global Clinical Development (Tarrytown, NY)

## Background

- Patients with inflammatory bowel disease (IBD) have alterations of gut microbiota composition and reduced microbial diversity
- Knowledge regarding the relationship between gut microbiota and immune system activation in IBD is rapidly evolving
- Here we present the case of a 12-year-old female with Crohn's Disease (CD) who achieved clinical disease remission on probiotic therapy alone

## Case Presentation

- 12-year-old female with a history of autoimmune hypothyroidism and poor weight gain and linear growth
- Presented with abdominal pain, worsening appetite, lack of weight gain, and decreased height velocity
- Hemoglobin (Hgb) 11.2 mg/dL, elevated erythrocyte sedimentation rate (ESR) 30mm/hr, stool calprotectin 2800 mcg/g (normal <50mcg/g) and positive hemoccult
- Endoscopy: superficial gastric and duodenal ulcerations with pathology significant for severe active chronic gastritis and duodenitis
- Colonoscopy: aphthous ulcers in colon with biopsies significant for active colitis, without chronicity or granulomas. Terminal ileum not examined due to difficult intubation
- MR enterography (MRE): mural thickening and hyperenhancement in the 15-20cm long segment of distal ileum
- Diagnosis of inflammatory ileocolonic CD with upper tract involvement. While awaiting insurance approval, family chose to start alternative therapy
- Started over-the-counter probiotic mix of various strains of bifidobacterium and lactobacillus (Renew Life Ultimate Care Probiotic, 150 billion live cultures, 40 probiotics strains)

## Clinical Course

- Clinical improvement shortly after starting treatment
- Decision made to hold off on other therapy
- Four months later: plateau in calprotectin, family added a second daily probiotic --> yeast Saccharomyces boulardii (Florastor)
- Currently asymptomatic with normal Hgb and ESR
- Improved weight gain and growth velocity (Figure 1 & 2)
- Stool calprotectin normalized to <5 mcg/g (Figure 3)
- Repeat MRE with improvement in thickening and hyperenhancement of terminal ileum


Figure 1: Growth Curve for Weight
Arrow indicates initiation of probiotic therapy


Figure 2: Growth Curve for Height
Arrow indicates initiation of probiotic therapy


Figure 3: Calprotectin

## Discussion

- The microbiome plays an essential part in maintaining proper immune and intestinal homeostasis
- Bifidobacterium is involved with short chain fatty acid (SCFA) production. The probiotic used in this case has many strains and a high number of this bacteria
- Levels of SCFA have been shown to be significantly decreased in IBD
- This case suggests that re-introduction of beneficial microbes can lead to clinically significant remission in IBD. More research is needed to understand the role of probiotics in IBD

## References

- Jakubczyk D, Leszczyńska K, Górska S. The Effectiveness of Probiotics in the Treatment of Inflammatory Bowel Disease (IBD)-A Critical Review. Nutrients. 2020 Jul 2;12(7):1973. doi: 10.3390/nu12071973. PMID: 32630805; PMCID: PMC7400428.
- Lee M, Chang EB. Inflammatory Bowel Diseases (IBD) and the Microbiome-Searching the Crime Scene for Clues. Gastroenterology. 2021 Jan;160(2):524-537. doi: 10.1053/j.gastro.2020.09.056. Epub 2020 Nov 27. PMID: 33253681; PMCID: PMC8098834.
- Nishida A, Inoue R, Inatomi O, Bamba S, Naito Y, Andoh A. Gut microbiota in the pathogenesis of inflammatory bowel disease. Clin J Gastroenterol. 2018 Feb;11(1):1-10. doi: 10.1007/s12328-017-0813-5. Epub 2017 Dec 29. PMID: 29285689.

No conflicts of interests or disclosures